David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff
*MARK G. PAIGE*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK G. PAIGE, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| EXPERIAN INFORMATION SOLUTIONS, INC; SETERUS INC, | : |
| Defendants. | : |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, MARK G. PAIGE who is Plaintiff, makes the following disclosure:

1. The party is not a publicly held corporation or other publicly held entity.

2. The party does not have a parent corporation.

3. There is no 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity.

4. There is no any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. The party is not a trade association.

6. The case does not arise out of a bankruptcy proceeding.

Dated: July 24, 2018

                Respectfully submitted,

        By    /s/ David H. Krieger, Esq.
                David H. Krieger, Esq.
                Nevada Bar No. 9086
                HAINES & KRIEGER, LLC
                8985 S. Eastern Ave., Suite 350
                Henderson, NV 89123
                Phone: (702) 880-5554
                FAX: (702) 385-5518
                Email: dkrieger@hainesandkrieger.com