WRIGHT, FINLAY & ZAK, LLP
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
avanpatten@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARK G. PAIGE, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC; SETERUS INC, <br><br> Defendants. | Case No.: 2:18-cv-01359-RFB-PAL <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** <br><br> **(FIRST REQUEST)** |

Plaintiff, Mark G. Paige ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On July 24, 2018, Plaintiff filed his Complaint [ECF No. 1]. Seterus was served with Plaintiff's Complaint on July 26, 2018. Based on the above service, Seterus' answer or responsive pleading is due on or before August 16, 2018. The Parties have discussed extending the deadline for Seterus to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to file its responsive pleading to September 6, 2018.

*///*

*///*

*///*

Page 1 of 2

This is the first stipulation for extension of time for Seterus to file its response to Plaintiff's Complaint. The parties request this extension in order to explore the claims of the case and discuss possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 15th day of August, 2018.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Seterus, Inc.*

DATED this 15th day of July, 2018.  
HAINES& KRIEGER, LLC

*/s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff, Mark G. Paige*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2018