WRIGHT, FINLAY & ZAK, LLP
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
avanpatten@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Seterus, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK G. PAIGE, | Case No.: 2:18-cv-01359-RFB-PAL |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC; SETERUS INC, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Mark G. Paige ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On July 24, 2018, Plaintiff filed his Complaint [ECF No. 1]. Seterus was served with Plaintiff's Complaint on July 26, 2018. Based on the above service, Seterus' answer or responsive pleading is due on or before August 16, 2018. The Parties have discussed extending the deadline for Seterus to respond to the complaint.

On August 17, 2018, this Court entered an Order granting the Parties' Stipulation to Extend Deadline to File Responsive Pleading to September 6, 2018 [ECF No. 9].

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Seterus to file its responsive pleading be extended one additional time to September 20, 2018.

///

1 This is the second stipulation for extension of time for Seterus to file its response to
2 Plaintiff's Complaint. The parties request this extension in order to continue discussing possible
3 resolution. The extension is requested in good faith and is not for purposes of delay or prejudice
4 to any other party. The parties do not anticipate nay further requests for extensions.

DATED this 6th day of September, 2018.  DATED this 6th day of September, 2018.
WRIGHT, FINLAY & ZAK, LLP           HAINES& KRIEGER, LLC

*/s/ Ramir M. Hernandez*              */s/ David H. Krieger*
Ace C. Van Patten, Esq.               David H. Krieger, Esq.
Nevada Bar No. 0050                   Nevada Bar No. 9086
Ramir M. Hernandez, Esq.              8985 S. Eastern Avenue, Suite 350
Nevada Bar No. 11731                  Henderson, Nevada 89123
7785 W. Sahara Ave., Suite 200        *Attorney for Plaintiff, Mark G. Paige*
Las Vegas, NV 89117
*Attorneys for Defendant, Seterus, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 7, 2018